# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carman, Mark L. | U.S. District Court | 05/12/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court
P.O. Box 387, Yellowstone National Park, WY 82190

---

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

---

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager | Flying Fox Properties, LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Charles Scwab Bank | Pledged Asset Line of Credit | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Brokage Account #1 | | | | | | | | | |
| 2.  --Schwab Money Fund | A | Int./Div. | J | T | Buy | 08/12/19 | J | | |
| 3.  --3M Company (MMM) | A | Dividend | J | T | Sold<br>(part) | 03/08/19 | J | B | |
| 4.  --Abbott Laboratories (ABT) | A | Dividend | J | T | Sold<br>(part) | 11/06/19 | J | B | |
| 5. | | | | | Sold<br>(part) | 05/28/19 | J | B | |
| 6.  --Abbvie Inc (ABBV) | A | Dividend | J | T | Sold<br>(part) | 05/28/19 | J | B | |
| 7. | | | | | Sold<br>(part) | 04/17/19 | J | B | |
| 8.  --Agilent Technologies Inc (A) | A | Dividend | J | T | Sold<br>(part) | 10/11/19 | J | B | |
| 9.  --Air Products & Chemicals Inc (APD) | A | Dividend | J | T | Sold<br>(part) | 05/16/19 | J | A | |
| 10.  --Apple, Inc - (AAPL) | A | Dividend | J | T | Sold<br>(part) | 06/20/19 | J | A | |
| 11.  --Auto Data Processing (ADP) | A | Dividend | J | T | | | | | |
| 12.  --BlackRock Inc (BLK) | A | Dividend | J | T | Sold<br>(part) | 12/27/19 | J | A | |
| 13.  --Danaher Corp (DHR) | A | Dividend | J | T | Sold<br>(part) | 05/28/19 | J | B | |
| 14. | | | | | Sold<br>(part) | 05/16/19 | J | A | |
| 15.  --Fortive Corp -(FTV) (Spin off Danaher) | A | Dividend | J | T | Sold<br>(part) | 03/08/19 | J | B | |
| 16.  --Disney Walt Co - (DIS) | A | Dividend | J | T | | | | | |
| 17.  --Ebay Inc - (EBAY) | A | Distribution | | | Sold | 01/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  --Equifax Inc (EFX) | A | Dividend | J | T | Sold (part) | 05/28/19 | J | A | |
| 19. | | | | | Sold (part) | 06/20/19 | J | A | |
| 20.  --Exxon Mobil Corporation (XOM) | A | Dividend | J | T | | | | | |
| 21.  --General Dynamics Corp (GD) | A | Dividend | J | T | Sold (part) | 06/20/19 | J | A | |
| 22.  --Alphabet Inc Cl A (GOOGL) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | B | |
| 23. | | | | | Sold (part) | 05/28/19 | J | A | |
| 24.  --Home Depot Inc (HD) | A | Dividend | J | T | Sold (part) | 05/28/19 | J | B | |
| 25.  --JP Morgan Chase & Co (JPM) | A | Dividend | J | T | Sold (part) | 05/28/19 | J | A | |
| 26.  --Microsoft Corp (MSFT) | A | Dividend | K | T | Sold (part) | 03/08/19 | J | B | |
| 27. | | | | | Sold (part) | 05/16/19 | J | B | |
| 28.  --NASDAQ Inc (NDAQ) | A | Dividend | J | T | | | | | |
| 29.  --Nike Inc Class B - (NKE) | A | Dividend | J | T | | | | | |
| 30.  --PayPal Holdings Inc (PYPL) | A | Dividend | J | T | Sold (part) | 03/08/19 | J | B | |
| 31. | | | | | Sold (part) | 11/06/19 | J | B | |
| 32.  --Costco Wholesale (COST) | A | Dividend | J | T | Sold (part) | 05/16/19 | J | A | |
| 33.  --Amazon.com Inc - (AMZN) | A | Dividend | J | T | Sold (part) | 03/08/19 | J | A | |
| 34. | | | | | Sold (part) | 05/16/19 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Sold<br>(part) | 05/28/19 | J | B | |
| 36. | --Fidelity National Information (FIS) | A | Dividend | J | T | Sold<br>(part) | 05/16/19 | J | A | |
| 37. | | | | | | Sold<br>(part) | 05/28/19 | J | A | |
| 38. | --Procter & Gamble Co (PG) | A | Dividend | J | T | Sold<br>(part) | 05/28/19 | J | A | |
| 39. | --TJX Companies Inc (TJX) | A | Dividend | J | T | | | | | |
| 40. | --Sherwin Williams Co (SHW) | A | Dividend | J | T | Sold<br>(part) | 10/21/19 | J | B | |
| 41. | --Snap-On Inc (SNA) | A | Dividend | | | Sold | 10/09/19 | J | B | |
| 42. | --Stryker Corp (SYK) | A | Dividend | J | T | Sold<br>(part) | 03/08/19 | J | B | |
| 43. | | | | | | Sold<br>(part) | 05/16/19 | J | B | |
| 44. | | | | | | Sold<br>(part) | 10/23/19 | J | B | |
| 45. | --Wells Fargo & Co (WFC) | A | Dividend | J | T | Sold<br>(part) | 03/08/19 | J | A | |
| 46. | | | | | | Sold<br>(part) | 05/28/19 | J | A | |
| 47. | --Biogen (BIIB) | A | Dividend | | | Sold | 04/18/19 | J | A | |
| 48. | -- Facebook (FB) | A | Dividend | J | T | | | | | |
| 49. | --Lincoln Nat (LNC) | A | Dividend | J | T | Sold<br>(part) | 05/16/19 | J | A | |
| 50. | | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 51. | --Comerica (CMA) | A | Dividend | | | Sold | 10/24/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Broadcom (AVGO) | A | Dividend | J | T | Buy | 04/22/19 | J | | |
| 53. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 54. --DH Horton (DHI) | A | Dividend | J | T | Buy | 10/09/19 | J | | |
| 55. --Deere (DE) | A | Dividend | J | T | Buy | 10/21/19 | J | | |
| 56. --Salesforce (CRM) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. --Schwab Strategic Tr Emerging -Mkts Equity (SCHE) ETF - SCHE | A | Dividend | K | T | Sold (part) | 03/08/19 | J | A | |
| 63. | | | | | Sold (part) | 05/28/19 | J | A | |
| 64. | | | | | Sold (part) | 06/20/19 | K | A | |
| 65. --iShares S&P Mid-Cap 400 Growth (IJK) | A | Dividend | K | T | Sold (part) | 03/08/19 | J | B | |
| 66. --IQ Hedge Multi-Strategy Tracker (QAI) | A | Dividend | K | T | Sold (part) | 03/08/19 | J | A | |
| 67. | | | | | Sold (part) | 05/28/19 | J | A | |
| 68. --SPDR S&P MidCap 400 (MDY) | A | Dividend | K | T | Sold (part) | 03/08/19 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Sold<br>(part) | 05/28/19 | J | A | |
| 70. | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 71.   --iShares MSCI Canada Index (EWC) | A | Dividend | J | T | Sold<br>(part) | 05/28/19 | J | A | |
| 72.   --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | K | T | Sold<br>(part) | 03/28/19 | J | B | |
| 73. | | | | | Sold<br>(part) | 06/20/19 | J | A | |
| 74.   --Vanguard Interm Term Tax-Exempt<br>Admiral (VWIUX) | C | Dividend | L | T | Sold<br>(part) | 06/21/19 | J | A | |
| 75.   --Vanguard High Yield Tax Exempt Fund<br>(VWALX) | C | Dividend | K | T | Sold<br>(part) | 05/29/19 | J | A | |
| 76.   --Vanguard Ltd Term Tax Exempt Admiral<br>(VMLUX) | A | Dividend | M | T | Sold<br>(part) | 05/29/19 | J | A | |
| 77. | | | | | Buy<br>(add'l) | 03/28/19 | J | | |
| 78.   --Vanguard Pacific Stock - (VPL) | B | Dividend | K | T | Sold<br>(part) | 02/08/19 | J | A | |
| 79. | | | | | Sold<br>(part) | 03/08/19 | J | A | |
| 80.   --Schwab Internationl Equity -(SCHF) | B | Dividend | L | T | Sold<br>(part) | 05/16/19 | J | A | |
| 81. | | | | | Sold<br>(part) | 05/28/19 | J | A | |
| 82.   --iShares Dow Jones US Oil - (IEO) | A | Dividend | J | T | Sold<br>(part) | 06/20/19 | J | A | |
| 83. | | | | | Sold<br>(part) | 07/29/19 | J | A | |
| 84. | | | | | Buy<br>(add'l) | 09/20/19 | J | | |
| 85.   --Vangurad FTSE Europe (VGK) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   --Real Estate Select (XLRE) | A | Dividend | J | T | | | | | |
| 87.   --Driehaus Emrg Mkts Gwth (DIEMX) | A | Dividend | K | T | | | | | |
| 88.   --Select Str. Financial Select SPDR(XLF) | A | Dividend | J | T | Buy | 10/24/19 | J | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91.   TRUST #3 | | | | | | | | | |
| 92.   --Schwab Money Market | A | Int./Div. | J | T | | | | | |
| 93.   --iShares S&P 500 Growth Index - (IVW) | A | Dividend | J | T | Sold<br>(part) | 08/22/19 | J | C | |
| 94. | | | | | Sold<br>(part) | 10/22/19 | J | A | |
| 95.   --iShares S&P Mid-Cap 400 Growth - (IJK) | A | Dividend | J | T | Sold<br>(part) | 08/22/19 | J | A | |
| 96.   --SPDR S&P MidCap 400 - (MDY) | A | Dividend | J | T | | | | | |
| 97.   --iShares S&P SmallCap 600 Growth ETF -<br>(IJT) | A | Dividend | J | T | Sold<br>(part) | 10/22/19 | J | A | |
| 98.   --iShares S&P SmallCap 600 Index (IJR) | A | Dividend | J | T | Sold<br>(part) | 08/22/19 | J | A | |
| 99.   --Vanguard FTSE Europe - (VGK) | A | Dividend | J | T | Sold<br>(part) | 08/22/19 | J | A | |
| 100. | | | | | Sold<br>(part) | 09/06/19 | J | A | |
| 101. | | | | | Sold<br>(part) | 10/22/19 | J | A | |
| 102.   --IQ Hedge Multi-Strategy Tracker - (QAI) | A | Dividend | J | T | Sold<br>(part) | 08/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. --iShares Core US Aggregate Bond - (AGG) | A | Dividend | J | T | Sold<br>(part) | 10/22/19 | J | A | |
| 104. --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | Sold<br>(part) | 01/31/19 | J | A | |
| 105. | | | | | Sold<br>(part) | 09/06/19 | J | A | |
| 106. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 107. --iShares S&P 500 Value (IVE) | A | Dividend | J | T | Sold<br>(part) | 08/22/19 | J | B | |
| 108. | | | | | Sold<br>(part) | 10/22/19 | J | A | |
| 109. --Schwab Strategic Tr Emerging Mkts<br>Equity - (SCHE) | A | Dividend | J | T | Sold<br>(part) | 01/31/19 | J | A | |
| 110. | | | | | Sold<br>(part) | 10/22/19 | J | A | |
| 111. --SPDR DoubleLine Total Return - (TOTL) | A | Dividend | J | T | Sold<br>(part) | 10/22/19 | J | A | |
| 112. Thrivent Municpal Cond Fund-A | A | Dividend | | | Sold | 07/19/19 | L | A | |
| 113. Thrivent Diversified Income Plus Fund A | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 114. Templeton Global Advisors Limited | C | Dividend | K | T | | | | | |
| 115. Templeton Investiment Consel LLC | A | Dividend | K | T | | | | | |
| 116. Pacific Life Insuarne Whole Life Policy | A | Interest | J | T | | | | | |
| 117. Brokerage Acct #2 | | | | | | | | | |
| 118. --Schwab Money Fund (SWVXX) | A | Interest | M | T | Buy | 04/26/19 | N | | |
| 119. | | | | | Sold<br>(part) | 05/16/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 05/17/19 | K | A | |
| 121. | | | | | Sold (part) | 10/10/19 | K | A | |
| 122. | | | | | Sold (part) | 11/15/19 | J | A | |
| 123. | | | | | Sold (part) | 12/05/19 | J | A | |
| 124.  IRA #1 | | | | | | | | | |
| 125.  --Microsoft | A | Dividend | K | T | | | | | |
| 126.  --Schwab Cash | A | Interest | J | T | | | | | |
| 127.  IRA #2 | | | | | | | | | |
| 128.  --Schwab Money Market | A | Interest | J | T | | | | | |
| 129.  --iShares Barclarys Aggregate Bond (AGG) | A | Dividend | J | T | Buy (add'l) | 04/25/19 | J | | |
| 130.  --iShares S&P 500 Citigroup Value Indes (IVE) | A | Dividend | K | T | | | | | |
| 131.  --iShares S&P 500 Growth Indes (IVW) | A | Dividend | K | T | Sold (part) | 10/22/19 | J | A | |
| 132. | | | | | Sold (part) | 10/10/19 | J | A | |
| 133.  --iShares S&P MidCap 400 Growth (IJK) | A | Dividend | J | T | | | | | |
| 134.  --SPDR S&P MidCap 400 (MDY) | A | Dividend | | | Sold | 07/25/19 | J | A | |
| 135.  --iShares S&P SmallCap 600 (IJT) | A | Dividend | J | T | | | | | |
| 136.  --Vanguard Eurpoean Stock (VGK) | A | Dividend | J | T | Sold (part) | 09/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 12/10/19 | J | A | |
| 138. --IQ Hedge Multi-Strategy Trachker (QAI) | A | Dividend | J | T | | | | | |
| 139. --iShares S&P Small Cap Core (IJR) | A | Dividend | J | T | Sold<br>(part) | 12/06/19 | J | A | |
| 140. --Vanguard Pacific Stock (VPL) | A | Dividend | J | T | Sold<br>(part) | 09/10/19 | J | A | |
| 141. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 142. --Schwab Emerging Mkt. (SCHE) | A | Dividend | J | T | Sold<br>(part) | 12/10/19 | J | A | |
| 143. --SPDR DoubledLine (TOTL) | A | Dividend | J | T | | | | | |
| 144. --IShares Mid-Cap (IJH) | A | Dividend | J | T | Buy | 07/29/19 | J | | |
| 145. IRA #3 | | | | | | | | | |
| 146. --SPDR DoubleLine Total Return (TOTL) | A | Dividend | J | T | | | | | |
| 147. --SPDR Utilities Select Sector - (XLU) | A | Dividend | J | T | | | | | |
| 148. --First Trust Dow Jones Internet Index - (FDN) | A | Dividend | J | T | | | | | |
| 149. --SPDR Materials Select Sector - (XLB) | A | Dividend | J | T | Sold<br>(part) | 10/22/19 | J | A | |
| 150. --Vanguard Intermediate Term Corp Bond Index - (VCIT) | A | Dividend | J | T | Buy<br>(add'l) | 10/22/19 | J | | |
| 151. --Vanguard Mortgagebacked Securities Index (VMBS) ETF - VMBS | A | Dividend | J | T | | | | | |
| 152. --Vanguard Market Neutral Investor - (VMNFX) | A | Dividend | | | Buy<br>(add'l) | 04/23/19 | J | | |
| 153. | | | | | Sold | 07/19/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. --iShares S&P SmallCap 600 Growth ETF - (IJT) | A | Dividend | J | T | | | | | |
| 155. --iShares MSCI Canada Index - (EWC) | A | Dividend | | | Sold | 02/15/19 | J | A | |
| 156. --SPDR Energy Select Sector - (XLE) | A | Dividend | J | T | | | | | |
| 157. --Schwab Hedged Equity - (SWHEX) | A | Dividend | J | T | Buy (add'l) | 01/31/19 | J | | |
| 158. --iShares S&P SmallCap 600 Index - (IJR) | A | Dividend | J | T | Buy (add'l) | 04/23/19 | J | | |
| 159. --SPDR Industrial Select Sector - (XLI) | A | Dividend | J | T | Sold (part) | 04/23/19 | J | A | |
| 160. --SPDR Health Care Select Sector - (XLV) | A | Dividend | K | T | Buy (add'l) | 04/23/19 | J | | |
| 161. --Guggenheim S&P Equal Weight Financial - (RYF) | A | Dividend | | | | | | | |
| 162. --SPDR S&P MidCap 400 - (MDY) | A | Dividend | | | Sold | 07/25/19 | J | C | |
| 163. --Vanguard Information Technology - (VGT) | A | Dividend | K | T | Buy (add'l) | 10/22/19 | J | | |
| 164. --IQ Hedge mult-Strategy (QAI) | A | Dividend | K | T | Sold (part) | 01/31/19 | J | A | |
| 165. | | | | | Sold (part) | 10/22/19 | J | A | |
| 166. --iShares S&P Mid Cap (IJK) | A | Dividend | J | T | | | | | |
| 167. --Schwab Emerging Markets (SCHE) | A | Dividend | K | T | Sold (part) | 01/31/19 | J | A | |
| 168. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 169. --SPDR Fund Consumer (XLY) | A | Dividend | K | T | | | | | |
| 170. --Vanguard FTSE Pacific (VPL) | A | Dividend | K | T | Buy (add'l) | 09/06/19 | J | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Sold<br>(part) | 10/22/19 | J | A | |
| 172. --iShares Floating RAte Bond (FLOT) | A | Dividend | J | T | Buy<br>(add'l) | 10/22/19 | J | | |
| 173. --Index Merger (MNA) | A | Dividend | J | T | Buy<br>(add'l) | 01/31/19 | J | | |
| 174. --Vanguard Europe (VGK) | A | Dividend | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 175. | | | | | Sold | 10/22/19 | J | A | |
| 176. --SPDR Consumer Staples (XLP) | A | Dividend | J | T | Buy<br>(add'l) | 10/22/19 | J | | |
| 177. --SPDR Real Estate Select (XLRE) | A | Dividend | J | T | | | | | |
| 178. --Comm Sve Select (XLC) | A | Dividend | K | T | | | | | |
| 179. --Schwab Short Treas. (SCHO) | A | Int./Div. | J | T | | | | | |
| 180. --IShares Corp Bond (SHYG) | A | Interest | J | T | | | | | |
| 181. --Pimco Trends Futures (PQTIX) | A | Dividend | J | T | | | | | |
| 182. --IShares MSCI Min Vol (USMV) | A | Dividend | | | Sold | 04/23/19 | J | A | |
| 183. --IShares Core MSCI (IEMG) | A | Dividend | J | T | Buy | 01/31/19 | J | | |
| 184. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 185. --IShares Core Mid-Cap (IJH) | A | Dividend | K | T | Buy | 07/25/19 | J | | |
| 186. --IShares Tip Bond (STIP) | A | Int./Div. | J | T | Buy | 07/22/19 | J | | |
| 187. JPMorgan BetaBuilders Can. (BBCA) | A | Dividend | J | T | Buy | 02/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy<br>(add'l) | 09/06/19 | J | | |
| 189.  --Nuveen Eqty Mark (NIMEX) | A | Dividend | J | T | Buy | 07/22/19 | J | | |
| 190.  --Schwab Money Fund (SWVXX) | A | Interest | J | T | Buy | 08/12/19 | J | | |
| 191.  Flying Fox Properties, LLC | | | | | | | | | |
| 192.  --Checking Bank of Bozeman | A | Interest | J | T | | | | | |
| 193.  --Chukker Creek (Aiken, SC) | A | Rent | N | R | | | | | |
| 194.  L Quarter Circle LLC (Campbell County,<br>WY) Apprasial date March 2010 | C | Royalty | M | Q | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. | | | | | | | | | |
| 199. | | | | | | | | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carman, Mark L.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Line 193:  Purchase price $320,000 July 3, 2017

| Name of Person Reporting | Date of Report |
|---|---|
| Carman, Mark L. | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark L. Carman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544